UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-23271-Civ-COOKE/TORRES

ALEXIS W., an individual,

    Plaintiff,

vs.

BLUE CROSS AND BLUE SHIELD
OF FLORIDA, INC., a Florida
corporation,

    Defendant.
_____/

### ORDER OF DISMISSAL

THIS CASE has been **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Joint Stip. Dismissal with Prejudice, ECF No. 10.  Each party shall bear her or its own costs and attorney's fees.

The Clerk is directed to **CLOSE** this matter.  All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in chambers, at Miami, Florida, this 14th day of January 2016.

*/s/ Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of Record*